**The Honorable Marsha J. Pechman**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROYAL CARIBBEAN CRUISES, LTD., a Liberian Corporation,<br><br>                              Plaintiff,<br><br>       vs.<br><br>SWEDISH HEALTH SERVICES, a Washington Corporation d/b/a SWEDISH MEDICAL CENTER; SEATTLE RADIOLOGISTS, a Professional Corporation; THE POLYCLINIC, a Professional Corporation; FREDERICK A. MANN, M.D.; PEGGY D. HEADSTROM, M.D.; and KYUNG HI HAN, M.D.,<br><br>                              Defendants. | Case No. 2:15-cv-01011-MJP<br><br>**CORPORATE DISCLOSURE STATEMENT OF ROYAL CARIBBEAN CRUISES, LTD.** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Royal Caribbean Cruises, Ltd. declares that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this 1st day of July, 2015.

/s/ Molly J. Henry
Molly J. Henry, WSBA No. 40818
Attorneys for Plaintiff Royal Caribbean Cruises, Ltd.

Case No.: 2:15-CV-01011-MJP
CORPORATE DISCLOSURE STATEMENT OF ROYAL
CARIBBEAN CRUISES, LTD. - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790

# CERTIFICATE OF SERVICE

1  I hereby certify that on the date given below, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF ROYAL CARIBBEAN CRUISES, LTD. with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Christopher L. Otorowski, Esq.<br>Otorowski Johnston Morrow &<br>Golden, PLLC<br>The Alliance Building<br>298 Winslow Way West<br>Bainbridge Island, WA  98110<br>Email:  clo@medilaw.com<br>Attorneys for Plaintiff | John A. Rosendahl, Esq.<br>Fain Anderson Vanderhoef Rosendahl<br>O'Halloran Spillane, PLLC<br>1301 A Street, Suite 900<br>Tacoma, WA 98402<br>Email:  john@favros.com<br>Attorneys for Defendant Swedish Health<br>Services dba Swedish Medical Center |
| Jennifer G. Crisera, Esq.<br>Bennett Bigelow & Leedom, P.S.<br>601 Union Street, Suite 1500<br>Seattle, WA 98101-1363<br>Email: jcrisera@bbllaw.com<br>Attorneys for Defendants The<br>Polyclinic, Peggy Headstrom, M.D.<br>and Kyung Hi Han, M.D. | Rando B. Wick, Esq.<br>D Jeffrey Burnham, Esq.<br>Michelle S. Taft, Esq.<br>Johnson, Graffe, Keay, Moniz & Wick, LLP<br>925 Fourth Avenue, Suite 2300<br>Seattle, WA 98104<br>Email: WickR@jgkmw.com<br>         djburnham@jgkmw.com<br>         michelle@jgkmw.com<br>Attorneys for Defendants Seattle<br>Radiologists and Fredrick A. Mann, M.D. |

DATED this 1st day of July, 2015, at Seattle, Washington.

*/s/ Hillary Poole*
Hillary R. Poole

KYL_SE108700

---

Case No.:  2:15-CV-01011-MJP
CORPORATE DISCLOSURE STATEMENT OF ROYAL
CARIBBEAN CRUISES, LTD. - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON  98101
(206) 622-3790